UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Guidant Sales Corporation and Cardiac Pacemakers, Inc., | Civil No. 05-2890 (PAM/JSM) |
| Plaintiffs, | |
| v. | **ORDER** |
| Brian D. George and ELA Medical, Inc., | |
| Defendants. | |

On August 17, 2007, Plaintiffs Guidant Sales Corporation and Cardiac Pacemakers, Inc. and Defendants Brian D. George and ELA Medical, Inc. jointly filed a Stipulation of Dismissal with Prejudice.  (See Docket No. 57.)  Based on the Stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED** that:

1. The claims asserted in the Complaint are **DISMISSED with prejudice**; and

2. Each party shall bear its own attorneys' fees, costs, and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 21, 2007

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge